# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON ENRIQUE DONMARTIN, | : : : | |
| Petitioner | : : | No. 1:17-CV-01766 |
| vs. | : : | (Judge Rambo) |
| CRAIG LOWE, | : : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 4th day of December, 2017, for the reasons set forth in this Court's accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** this case.

       s/Sylvia H. Rambo
       SYLVIA H. RAMBO
       United States District Judge